UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTA GALAVIZ,** | **CASE NO. 1:13-CV-1740  AWI GSA** |
| **Plaintiffs,** | |
| v. | **ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| **VISALIA UNIFIED SCHOOL DISTRICT, and DOES 1-50 inclusive,** | |
| **Defendants.** | |

On July 23, 2015, the parties filed a stipulation for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See Doc. No. 30. The stipulation states that it is with prejudice to Plaintiff filing any action (in State or Federal court) against any defendant (both named and unnamed) for conduct that could have been included in the Plaintiff's complaint. See id. The stipulation also includes a waiver rights by Plaintiff. See id.

Rule 41(a)(1), in relevant part, reads:

(A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood

Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

Here, all parties who have appeared in this case signed the stipulated dismissal. Because all parties have signed the stipulated dismissal with prejudice, this case has terminated automatically.  See id.

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case in light of the parties' properly filed and signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With Prejudice; and

2. All currently set dates and deadlines are VACATED in light of the parties' stipulated dismissal with prejudice.

IT IS SO ORDERED.

Dated:   July 23, 2015                                       _____
                                                              SENIOR DISTRICT JUDGE